### Dee A. SCHWYHART Plaintiff-Appellant

v.

### Carolyn W. COLVIN, Acting Commissioner of Social Security Defendant-Appellee

### No. 16-1215

United States Court of Appeals, Eighth Circuit.

Submitted: December 27, 2016

Filed: January 5, 2017

Frederick S. Spencer, Mountain Home, AR, for Plaintiff-Appellant

Adrial B. McField, Special Assistant U.S. Attorney, Michael McGaughran, Social Security Administration, Office of General Counsel Region VI, Dallas, TX, for Defendant-Appellee

Before SHEPHERD, ARNOLD, and KELLY, Circuit Judges.

PER CURIAM.

Dee A. Schwyhart appeals the district court's[1] order affirming the Commissioner's determination—after a hearing before an administrative law judge—that she is not entitled to disability insurance benefits under the Social Security Act. Following careful review of the parties' submissions and the record before us, see Ramirez v. Barnhart, 292 F.3d 576, 583 (8th Cir. 2002) (standard of review), we are satisfied the Commissioner's decision is supported by substantial evidence in the record as a whole. Accordingly, the judgment of the district court is affirmed. See 8th Cir. R. 47B.

---

1. The Honorable Erin Setser, United States Magistrate Judge for the Western District of Arkansas, to whom the case was referred by consent of the parties pursuant to 28 U.S.C. § 636(c).